In the Matter of ROBERT P. HILL, Appellant, against WILLIAM LYMAN, Individually and as President Justice of the Municipal Court of the City of New York, Respondent.

Submitted January 11, 1954; decided January 21, 1954.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Irving L. Robbins* of counsel), for motion.

*Emanuel Redfield* opposed.

Motion granted and appeal dismissed upon the ground that no constitutional question is directly involved (Civ. Prac. Act, § 588, subd. 1, par. [a]).